No. 00–7458. JACKSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–7462. GUERRA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7468. DE LA CRUZ *v.* LOWER RIO GRANDE VALLEY DEVELOPMENT COUNCIL. C. A. 5th Cir. Certiorari denied.

No. 00–7497. CARTER, AKA DEAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7499. MITCHELL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–7500. NYHUIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7501. RODRIGUEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7503. WHITT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7504. WEBB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7506. PETERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7507. GREEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7510. CRANDON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7512. ARNULFO ZUNIGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7515. MCCULLOUGH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7516. CONSOLVO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7527. QUEENSBOROUGH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.